NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHANTE JOHNSON,
DOC #Q18188

   Appellant,

v.

           Case No. 2D17-3461

STATE OF FLORIDA,

   Appellee.

Opinion filed September 21, 2018.

Appeal from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Howard L. Dimmig, II, Public
Defender, and Lisa Lott, Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KHOUZAM, LUCAS, and ATKINSON, JJ., Concur.